BANK OF UNADILLA *v.* GEORGIA AND ALABAMA RAILWAY *et al.*

This case being for decision by a complete bench of six Justices, who are evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

Argued February 2, — Decided March 31, 1904.

Exceptions to auditor's report.    Before Judge Littlejohn. Dooly superior court.    March 11, 1903.

*Guerry & Hall,* for plaintiff in error.    *E. A. Hawkins, Lawton & Cunningham, Whipple & McKenzie, Travis & Edwards, Adams & Adams, John I. Hall,* and *William R. Leaken,* contra.